IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
               Plaintiff,      )        8:98CR126
                               )
        v.                     )
                               )
DONALD WILLY,                  )        ORDER
                               )
               Defendant.      )
_____)
```

This matter is before the Court on defendant's motion to restrict (Filing No. 667).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that said motion is granted; the motion to release is deemed filed as a restricted document.

DATED this 6th day of August, 2008.

                       BY THE COURT:

                       /s/ Lyle E. Strom
                       _____
                         LYLE E. STROM, Senior Judge
                         United States District Court