IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:98CR126 |
| | ) | |
| v. | ) | |
| | ) | |
| DONALD WILLY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to release (Filing No. 668). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; defendant Donald Willy shall be released from custody on Thursday, August 7, 2008, at a time to be determined by the Probation Office, for screening at Oxford House, 3562 Jones, Omaha, Nebraska.

DATED this 6th day of August, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court